No. 79–5123. HARGROVE *v.* CITY OF GARLAND, TEXAS. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. █

No. 79–5127. SHORT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 79–5133. CRAWFORD *v.* CRAWFORD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 79–5173. RAUF, AKA JACKSON *v.* CITY OF ATLANTA BUREAU OF POLICE SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5185. GARCIA *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 79–5193. PRINCE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 79–5194. PAGE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 79–5201. AUDI *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 79–5206. HARRIS *v.* SACHS, ATTORNEY GENERAL OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied. █

No. 79–5208. GIBSON *v.* THOMPSON, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 79–5211. McDERMOTT *v.* NATIONS ET AL. Sup. Ct. Mo. Certiorari denied. 

No. 79–5212. SLOCUM *v.* JERNIGAN, CORRECTIONAL SUPERINTENDENT. C. A. 5th Cir. Certiorari denied.

No. 79–5222. MYERS *v.* BULL. C. A. 8th Cir. Certiorari denied.